# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER: 4:11CR061 |
| | § | |
| MANDY ISABEL MUNOZ | § | |
| | § | |

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On this day came on before the Court, Defendant Mandy Isabel Munoz's *Pro Se* Motion for Early Termination of Supervised Release (Dkt. #158).  Having considered the Motion, the Court is of the opinion that said motion should be **DENIED**.

On August 17, 2012, Defendant Mandy Isabel Munoz entered a plea of guilty to Count 1 of the Indictment charging her with a violation of Title 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Cocaine (Dkt. #76).  Defendant Munoz was sentenced 135 months imprisonment, followed by a 5-year term of supervised release (Dkt. #117). The term of supervised release was subject to the standard conditions of supervised release to include financial disclosure; drug aftercare; mental health treatment; obtain a General Education Development, GED (obtained), a $100 special assessment fee (paid).

On May 26, 2016, the term of imprisonment was reduced from 135 months to 120 months in response to a motion filed by Defendant Munoz, 18 U.S.C. § 3582 (c)(2) for a reduction of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) (Dkt. #153, *sealed*).

On November 5, 2018, Defendant Munoz was released from her federal incarceration sentence and started her supervised release term in the Eastern District of Texas-Tyler Division. Defendant Munoz continues to be supervised in the Eastern District of Texas.  Defendant Munoz has completed almost 2 years of her 5-year term of supervised release.

The Court finds that the Defendant has not provided a significant or extenuating circumstance to justify why her supervision should be terminated, as each Defendant is expected to abide by the terms of their supervision.

IT IS THEREFORE ORDERED that the Mandy Isabel Munoz's *Pro Se* Motion for Early Termination of Supervised Release (Dkt. #158) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 5th day of November, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE